[No. 18360-2-III.   Division Three.   May 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS SANCHEZ GIL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01916-1, Heather K. Van Nuys, J., entered March 12, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 18425-1-III.   Division Three.   May 16, 2000.]

GORDON GUENZLER, ET AL., *Appellants*, v. ANTHEM LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07097-8, Linda G. Tompkins, J., entered April 5, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 17854-4-III.   Division Three.   May 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00114-4, Salvatore F. Cozza, J., entered August 31, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 18255-0-III.   Division Three.   May 18, 2000.]

*In the Matter of the Marriage of* RUFUS DEAN RAINS, *Appellant*, and SONIA BERMAN RAINS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-01836-6, Kathleen M. O'Connor, J., entered January 20, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.